Stephen B. Coleman (State Bar #021715)
**JACKSON LEWIS LLP**
2398 East Camelback Road, Suite 1060
Phoenix, AZ  85016
Tel. (602) 714-7044
Fax (602) 714-7045
Stephen.Coleman@jacksonlewis.com

**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**JACKSON LEWIS LLP**
500 N. Akard, Ste 2500
Dallas, Texas 75201
Tel. (214) 520-2400
Fax. (214) 520-2008/
rademaei@jacksonlewis.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Herb Nelson, a married man,<br><br>               Plaintiff,<br>     vs.<br><br>Liberty Life Assurance Company of Boston Group Long Term Disability Insurance Policy No. GF3-850-289008-01, an ERISA benefit plan; HD Supply, Inc., a plan administrator, and Liberty Life Assurance Company of Boston,<br><br>               Defendants. | Case No. 2:13-cv-00467-BSB<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Herb Nelson and Defendants Liberty Life Assurance

Company of Boston Group Long Term Disability Insurance Policy No. GF3-850-

1

289008-01, an ERISA benefit plan; HD Supply, Inc., a plan administrator, and Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

1. Plaintiff and Defendants no longer desire to litigate this action.

2. Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them and each party to bear their own attorney's fees and costs.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

RESPECTFULLY SUBMITTED this 22nd day of October, 2013.

    /s/ Erin R. Ronstadt, Esq. (w/permission)
Alan M. Schiffman, Esq.
Schiffman Law Office, P.C.
4506 North 12th Street
Phoenix, AZ 85014
PH: (602) 226-2667
FX: (602) 266-0141
Email: alan@schiffmanlaw.com

Erin Ronstadt, Esq.
Ronstadt Law Group, P.L.L.C.
7303 W. Boston Street
Chandler, AZ 85226
PH: (480) 705-7550
FX: (480)705-7503
Email: erin@ronstadtlaw.com

Attorneys for Plaintiff

***AND***

**JACKSON LEWIS LLP**

By:   /s/ Iwana Rademaekers
       Iwana Rademaekers
       Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2013, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Alan M. Schiffman, Esq.
Email:  alan@schiffmanlaw.com

Erin Ronstadt, Esq.
Email:  erin@ronstadtlaw.com

/s/ Belinda Sweeny